AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. **14-2873 BPG** |
| | ) | |
| William Henry Steinhaus IV | ) | |
| _Defendant(s)_ | ) | |

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

JAN  5 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 8th 2014 _____ in the county of _____ in the _____ District of ____ Maryland ____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18, U.S.C Section 2251(a) | Sexual Exploitation of a Child |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Matthew J. Vilcek, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  _12-12-14_

_____
_Judge's signature_

City and state:  _____ Baltimore, Maryland _____

Beth P. Gesner, U.S. Magistrate Judge
_Printed name and title_