IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED

2015 NOV -2  AM 11: 55

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

2015 OCT 30  P 3: 50

UNITED STATES OF AMERICA

vs.

WILLIAM STEINHAUS, IV

Case No.   CCB-15-0544

\*

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

_PATRICK KENT, AFPD_, and the Government was represented by

Assistant United States Attorney _PAUL BUDLOW_, it is

**ORDERED,** this ___30th___ day of ___October___ ___2015___, that the

above-named defendant be, and the same hereby is, DETAINED by agreement of the parties

without prejudice to either side requesting a prompt hearing to set appropriate conditions of

release or otherwise address the detention of the defendant.

Stephanie A. Gallagher
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement