IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

          V.          *

                *   **CRIMINAL NO. CCB-15-0544**

WILLIAM H. STEINHAUS, IV,          *

      Defendant          *

                *

\*\*\*\*\*\*\*

## GOVERNMENT'S SENTENCING HEARING EXHIBIT LIST

| Ex. # | Description | INTRODUCED | ADMITTED |
|-------|-------------|------------|----------|
| 1 | Comprehensive Evaluation by Dr. Kraft | | |
| 2 | Indictment | | |
| 3 | Fredrick County Statement of Charges | | |
| 4 | Yahoo Search Warrant | | |
| 5 | Kik Chats | 3-15-2017 | |
| 6 | Stipulated Facts | 3-15-2017 | |
| 7 | Excerpt from DSM-5 | 3-15-2017 | |
|   |   | 3-15-2017 | |

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2017 MAR 20  AM 8: 59
FILED
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY