IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

_____
                               )
UNITED STATES OF AMERICA       )
                               )
                               )
     v.                        ) Criminal Docket No. CCB-15-0544
                               ) Volume II
WILLIAM HENRY STEINHAUS, IV,   ) **(EXCERPT:   PRONOUNCEMENT OF**
          Defendant            ) **SENTENCE)**
_____ )

                                   Baltimore, Maryland
                                   March 16, 2017
                                   11:35 AM to 1:27 PM

**THE ABOVE-ENTITLED MATTER CONTINUED ON FOR**
**SENTENCING**
**BEFORE THE HONORABLE CATHERINE C. BLAKE**

A P P E A R A N C E S

On behalf of the Government:

     Zachary A. Myers, Assistant U.S. Attorney

On behalf of the Defendant:

     Michael T. CitaraManis, Asst. Federal Public Defender

Also present:

     FBI Special Agent Matthew Bilcek

     Proceedings recorded by mechanical stenography,
transcript produced by computer.

_____

**MARTIN J. GIORDANO, RMR, CRR**
FEDERAL OFFICIAL COURT REPORTER
U.S. Courthouse, Fourth Floor
101 West Lombard Street
Baltimore, Maryland 21201
410-962-4504

**PROCEEDINGS OF MARCH 16, 2017**

**THE COURT:**  You can be seated, please.

So let me start by acknowledging the obvious, which is that most sentencings, in particular a sentencing in a situation like this, is extremely difficult and hard and emotionally draining on everyone who is involved.  It's a tragedy.  Wherever you're sitting in this courtroom, it's a tragedy.

There are a number of factors that I have to consider, and I'll start with the nature and circumstances of the offense.  Obviously there is just no dispute about this being a horrific abuse of trust, sexual exploitation of your own child, particularly a two-year-old.  It is an extremely serious crime.

There are obviously consequences.  We all know there are consequences for the rest of the child's life.  All we can do is hope that she is going to have the appropriate love and counseling and treatment that will help her get through this to the extent that she eventually will have to learn some at least of what happened.  There is no doubt about it's being a serious -- very serious offense.

That is not the only thing that I have to consider.  Mr. Steinhaus is an individual.  He is a human being.  Of course the Government's primary focus is on the victim, but we have to consider Mr. Steinhaus' personal characteristics as

well.

There is, in this case, no evidence of any similar conduct before these very horrific and tragic days in December of 2014. There was nothing found in any computer. There is nothing from the family or friends that suggests any similar conduct of this type by Mr. Steinhaus, and I cannot speculate that there may have been.

I heard from Dr. Kraft. He is an expert. I am not, and neither are counsel. He appears to be a very experienced teacher and counselor, treatment. I did not hear opposing expert evidence, and I heard reasons why Dr. Kraft does not believe that Mr. Steinhaus meets the definition of pedophilia.

There are obviously a lot of other reasons that can go into creating this kind of behavior. There was a lot of stress. Breakdown may not be too strong a word, financial and personal. Obviously there were difficulties in his situation. Now, that does not lessen the seriousness of what he did. It's extremely harmful behavior, but it is something to take into account in terms of looking at the danger and the need for treatment.

I certainly believe from everything I've heard and read that Mr. Steinhaus is remorseful. In terms of punishment, I think he's punishing himself every day.

What I need is a sentence of incarceration that is sufficient to recognize how serious this conduct is, to

recognize the need to deter Mr. Steinhaus and others and to protect others, but that also takes into account the lack of prior similar conduct in the opinion of the only expert that appeared in this case.

I also take into account, in terms of deterrence and protection of the public and other children, the very stringent conditions of lifetime supervised release that will follow Mr. Steinhaus, as well as the consequences, which of course he will have to register as a sex offender, and that's going to be for rest of his life.

This offense, ordinarily, if it were a plea to a single count, would be a 15- to 30-year offense.  There have been two that he's pled to.  I understand that.  The pattern that we're talking about is a pattern of two days and one victim.  I'm considering all of that.

There are other similar cases.  They always say that there are always individual circumstances about all those cases.  I've seen some of them.  Counsel have seen some of them.  So that's not -- it's something to consider, but it's not dispositive.

I believe that the sentence that is sufficient but not greater than necessary for all the reasons that I've just stated is 25 years in the custody of the Bureau of Prisons.  That is 300 months.  That is over two decades in federal prison.

That is the sentence, Mr. Steinhaus.  It is 25 years on Count 1, and 25 years on Count 2.  Those are concurrent. That is going to be followed by a lifetime of supervised release, which is also concurrent on both Counts 1 and 2.

The special conditions are those that we have discussed, those that are in the presentence report.  I will look at the precise language, but we have agreed on the principles, I believe, of all of the conditions, and if counsel will excuse me, I will not read through all of those at this point.  I think we have agreed on them.

There is a required $100 special assessment on each count.  I don't believe his financial circumstances permit imposition of a fine, and I have not heard anything about any other financial request.

Have I left anything out?  Anything I have not addressed, other than appeal, but I don't --

**MR. CITARAMANIS:**  Yeah.  Your Honor, just to clarify, 25 years is also taking into account the two years that he's not being credited or won't get credited that he was in pretrial custody, and that was --

**THE COURT:**  It's 25 years from -- no.  It's --

**MR. CITARAMANIS:**  From today?

**THE COURT:**  From today.

**MR. CITARAMANIS:**  Yeah.  Or from the time he came into federal custody.

**THE COURT:** From the time he came into federal custody. I assume he'll get credit for the time he came into federal custody, but I've considered that, but I think 25 years.

**MR. CITARAMANIS:** Your Honor, I guess we just ask for, again, a recommendation to FCI Petersburg.

**THE COURT:** Petersburg? Certainly. I forgot to say that, and certainly a recommendation for sex offender treatment. Obviously that will benefit everyone as well as Mr. Steinhaus.

Mr. Myers?

**MR. MYERS:** Your Honor, the Government will be submitting prior -- hopefully prior to the issuance of the J and C, a Forfeiture Order, which, given the plea agreement, I expect to be a Consent Forfeiture Order.

**THE COURT:** Ah. That had not been mentioned previously, but I assume there is a consent forfeiture; is that right, Mr. CitaraManis?

**MR. CITARAMANIS:** I think there was a provision in the plea agreement to that, Your Honor, yes.

**THE COURT:** Okay. All right. Mr. Steinhaus, in light of the plea agreement and the sentence, I don't know that there is anything you have a right to appeal from, but, if you were going to be noting any appeal, that would have to be within 14 days. Do you understand that, sir?

**THE DEFENDANT:**  Yes, Your Honor.

**THE COURT:**  Okay.  Thank you all.

**THE CLERK:**  All rise.  This Honorable Court now stands in recess.

(Proceedings adjourned.)

CERTIFICATE OF OFFICIAL REPORTER

I, Martin J. Giordano, Registered Merit Reporter and Certified Realtime Reporter, in and for the United States District Court for the District of Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 30th day of April 2017.

*Martin J. Giordano*
MARTIN J. GIORDANO, RMR, CRR

FEDERAL OFFICIAL COURT REPORTER