

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Zachary A. Myers* | *Suite 400* | *DIRECT: 410-209-4848* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Zachary.Myers @usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-0716* |

April 18, 2018

The Honorable Catherine C. Blake
United States District Judge
101 West Lombard Street
Baltimore, Maryland 21201

      **VIA ELECTRONIC FILING**

           Re:     <u>*United States v. William H. Steinhaus, IV*</u>, CCB 15-0544

Dear Judge Blake:

I write in response to the Court's Memorandum of April 17, 2018, and the defendant's request filed February 14, 2018. The defendant was first arrested on December 9, 2014, and charged in the District Court for Frederick County with a number of child pornography and sex offenses. He was ordered committed in the Frederick County court.

On October 15, 2015, an indictment was returned in this district charging the defendant with two counts of Sexual Exploitation of a Child and four counts of Distribution of Child Pornography. The federal charges are founded upon the same conduct that forms the basis of the Frederick County charges.

On December 6, 2016, the defendant appeared in the United States District Court, pursuant to a writ of *habeas corpus*, entered pleas of guilty to Counts One and Two of the federal indictment. The defendant was then returned to the Frederick County Detention Center.

On December 8, 2016, the defendant entered a plea of guilty in the state case. Following his guilty plea in state court, the defendant was ordered released from state custody pending sentencing in the state case.

On December 14, 2016, the defendant was taken from state custody into the custody of the United States Marshals Service, pursuant to a federal arrest warrant and detainer. On January 9, 2017, the government entered into an agreement with the Frederick County State's Attorney's Office transferring primary jurisdiction over the defendant to the United States. A copy of this letter is attached as Attachment A.

On April 6, 2017, the Court sentenced the defendant to a total term of 300 months' incarceration.

On April 24, 2017, the Circuit Court for Frederick County sentenced the defendant to 25 years' imprisonment, to be served consecutively to his federal sentence.

Pursuant to 18 U.S.C. § 3585(b), "a defendant shall be given credit towards the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences, as a result of the offense for which the sentence was imposed . . . *that has not been credited against another sentence*." (emphasis added). Some of all of the defendant's pretrial detention in state custody may be credited towards his state sentence.

Therefore the government concurs that the defendant came into federal custody on December 14, 2016. The government does not take a position as to which time should be credited to the defendant's federal sentence, and leaves that calculation to the Bureau of Prisons.

Very truly yours,

Robert K. Hur
United States Attorney


     /s/
Zachary A. Myers
Assistant United States Attorney


Attachment